MARK C. ELMER (*pro hac vice*)
United States Department of Justice
Environmental Enforcement Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1352
mark.elmer@usdoj.gov

L. ROBERT MURRAY
Acting United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003-0668
Telephone: (307) 772-2124
nick.vassallo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 21-cv-00020-SWS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLEUR DE LIS ENERGY, LLC, and,
FDL OPERATING , LLC,

    Defendants.

## NOTICE OF PAYMENT

Pursuant to Paragraph 12 of the Stipulation of Settlement and Judgment ("Stipulation") previously entered in this action as ECF No. 7, the United States hereby provides notice to the

Court that all payments due under the Stipulation have been made. In accordance with the Stipulation, this concludes this action.

Respectfully submitted,

/s/ Mark C. Elmer
MARK C. ELMER (*pro hac vice*)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1352
Fax: (303) 844-1350
Email: mark.elmer@usdoj.gov

L. ROBERT MURRAY
Acting United States Attorney

By: /s/ Nicholas Vassallo
NICHOLAS VASSALLO
Assistant United States Attorney

OF COUNSEL:

MARC WEINER
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 8
1595 Wynkoop Street
Denver, Colorado 80202

*Attorneys for the United States of America*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Payment was filed with the clerk of court on February 26, 2021 using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      /s/ Mark C. Elmer
                                      Mark C. Elmer